IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Brian A. Hawthorne,<br>　　　　Defendant. | Report No: 294-2021-MPC055-3B2/3C3<br>Criminal No.:<br>Date: October 24, 2021<br>**Information**<br>Violation: Title 18 U.S.C. §13, incorporating K.S.A. 8-1567 |

The United States Attorney charges that:

On or about October 24, 2021 at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

BRIAN A. HAWTHORNE,

COUNT I

did operate a Chevrolet Malibu, black in color, while the alcohol concentration in his breath was .113% BAC and while he was under the influence of alcohol to a degree that rendered him incapable of safely driving the vehicle, in violation of Title 18, United States Code Section 13, incorporating K.S.A. 8-1567. (Class A Misdemeanor)

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

BRENON.BRIAN.JOSHUA.1402290656
Digitally signed by BRENON.BRIAN.JOSHUA.1402290656
Date: 2022.04.06 09:13:47 -05'00'

BRIAN J. BRENON
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge